IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LA VELL CLAYTON,

      Plaintiff,                       No. CIV S-06-1575 MCE KJM P

      vs.

UNITED STATES,                      <u>ORDER AND</u>

      Defendant.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff has filed an action under 42 U.S.C. § 1983 seeking the issuance of a certificate of appealability with respect to the denial of a petition for writ of habeas corpus filed in the United State District Court for the Central District of California. Compl. at 5, 36-38. There is no legal authority giving this court the power to grant plaintiff the relief he seeks. Plaintiff is directed to 28 U.S.C. § 2253 and Federal Rule of Appellate Procedure 22(b) for information regarding the filing of a request for a certificate of appealability.

        The court notes that plaintiff has paid $155.00 towards the filing fee in this action. The filing fee for a habeas action is only $5.00. Because the relief sought by plaintiff is in the nature of a habeas action, the court will order the Clerk of the Court to refund plaintiff $150.00.

        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court refund to plaintiff $150.00 of the $155.00 paid by plaintiff for filing fees in this action; and

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed.

2    These findings and recommendations are submitted to the United States District
3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
4 days after being served with these findings and recommendations, plaintiff may file written
5 objections with the court.  Such a document should be captioned "Objections to Magistrate
6 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
7 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
8 Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

9 DATED: February 5, 2007.

_____
U.S. MAGISTRATE JUDGE

1
clay1575.frs(7.07.06)

2