IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LA VELL CLAYTON,              No. 06-cv-01575-MCE-KJM P

    Petitioner,

 vs.                                  ORDER

UNITED STATES,

    Respondent.

_____/

    Petitioner is a California prisoner proceeding pro se and in forma pauperis. This case was closed on March 8, 2007. Petitioner has filed a motion asking that the court reopen the time for petitioner to file a notice of appeal. Petitioner asserts he did not receive notice of the court's judgment until August 6, 2007. Under Federal Rule of Appellate Procedure 4(a)(6)(B), petitioner had seven days from the day he received notice of judgement to file his motion to reopen the time to file his notice of appeal. Mot. at 2. Petitioner's motion was not submitted to the court until August 16, 2007. Mot. at 3. Therefore, his motion must be denied.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's August 21, 2007
2  motion to reopen time to file a notice of appeal is denied.

Dated: September 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE