IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LA VELL CLAYTON, | No. 2:06-cv-01575-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES, | |
| Defendant. | |
| _____/ | |

On October 2, 2007, plaintiff filed a motion asking that this court reconsider its September 20, 2007 order denying plaintiff's request to file a late notice of appeal.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Plaintiff does not present newly discovered evidence. Furthermore, the court finds that, after a de novo review, the September 20, 2007 order is neither manifestly unjust nor clearly erroneous. Finally, there has not been a change in controlling law.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 2, 2007, motion for
2  reconsideration is denied.

3  Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE